UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

DANIEL CARINO
                Defendant.
------------------------------------------------------------X

21 CR. 598 (RMB)

**ORDER**

    The Court will hold an initial pretrial conference on Tuesday, November 2, 2021 at 9:00 AM.

    In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

    Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0598

Dated: October 28, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.