**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

   -against-

DANIEL CARINO
                Defendant.
------------------------------------------------------------X

21 CR. 598 (RMB)

**ORDER**

In light of the continuing COVID-19 pandemic, the status conference scheduled for Tuesday, December 21, 2021 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0598

Dated: December 16, 2021
       New York, NY

                                                  _____
                                                      RICHARD M. BERMAN
                                                          U.S.D.J.