UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                        21 CR. 598 (RMB)

   -against-

                                        **ORDER**

DANIEL CARINO
                Defendant.
------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the proceeding scheduled for Monday, March 21, 2022 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0598

Dated: March 16, 2022
       New York, NY

                                                                 _____
                                                                    RICHARD M. BERMAN
                                                                        U.S.D.J.