| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>TAIWAN<br>BOSTON<br>HOUSTON<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | **DuaneMorris®**<br>*FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>E-MAIL: ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE<br>OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

March 30, 2022

**VIA ECF**

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 3/31/22]

Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **United States v. Daniel Carino, No. 21-cr-00598 (RMB)**

Dear Judge Berman:

      We are the attorneys for Daniel Carino. Now that Mr. Carino's case is proceeding to trial, I write again to request permission to staff my associate, Arletta Bussiere, on this case to bill for her past and future time and to put in an appearance on Mr. Carino's behalf. Ms. Bussiere has assisted with this case since August 24, 2021, and already significantly contributed to discovery management, client meetings, and case development. Ms. Bussiere has trial experience as a second chair, and I expect that her continued involvement will substantially facilitate providing our best defense to Mr. Carino in the most cost-effective manner.

      For the Court's convenience, we have included a "So Ordered Nunc Pro Tunc" line should the Court grant our request. Thank you for your consideration.

                                        Respectfully submitted,

                                        /s/ Eric R. Breslin

                                        Eric R. Breslin

cc: All Counsel of Record (Via ECF)

**SO ORDERED** ~~NUNC PRO TUNC~~ _____
                                          Honorable Richard M. Berman, U.S.D.J.  3/31/22