UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      21 CR. 598 (RMB)

   -against-

                                                        **ORDER**

DANIEL CARINO
                Defendant.
------------------------------------------------------------X


      The final pretrial conference scheduled for Thursday, September 22, 2022 at 9:00 AM is hereby rescheduled to Wednesday, September 21, 2022 at 9:00 AM.

      The proceeding will take place in Courtroom 17B.


Dated: April 27, 2022
       New York, NY

                                                      _____
                                                       RICHARD M. BERMAN
                                                           U.S.D.J.