UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

              21 CR. 598 (RMB)

   -against-

**ORDER**

DANIEL CARINO
               Defendant.
-----------------------------------------------------------X

The final pretrial conference previously scheduled for Wednesday, September 21, 2022 at 9:00 AM is hereby rescheduled to Thursday, September 22, 2022 at 9:00 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held by video pursuant to the CARES Act and applicable implementing court procedures.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0598

Dated: August 25, 2022
       New York, NY

_____
       RICHARD M. BERMAN
             U.S.D.J.