

| | | |
|---|---|---|
| NEW YORK | **FIRM and AFFILIATE OFFICES** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

August 31, 2022

<u>VIA ECF</u>

Honorable Richard M. Berman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: <u>United States v. Daniel Carino, No. 21-cr-00598 (RMB)</u>

Dear Judge Berman:

  We are the attorneys for Daniel Carino.  The current deadline to file pretrial motions, motions in limine, draft jury charges and proposed voir dire is September 1, 2022.  However, the parties are engaged in ongoing discussions concerning a potential pretrial resolution, and respectfully seek additional time to continue those discussions before the upcoming deadline. We request that the filing deadline be extended two weeks to September 15, 2022. The government consents to this request.

  For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.  Thank you for your consideration.

             Respectfully submitted,

             <u>/s/ Eric R. Breslin</u>

             Eric R. Breslin

cc:  All Counsel of Record (Via ECF)

**SO ORDERED** _____
       Honorable Richard M. Berman, U.S.D.J.

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*   GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800   PHONE: +1 973 424 2000 FAX: +1 973 424 2001
NEWARK, NJ 07102-5429