

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2022

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:  *United States v. Daniel Carino*, **21 Cr. 598 (RMB)**

Dear Judge Berman,

The Government respectfully requests an adjournment of the deadline for pretrial submissions, which are due on September 15, 2022, and the final pretrial conference scheduled for September 22, 2022 at 9 a.m. The parties' negotiations regarding a pretrial resolution of this matter are active and ongoing, and we anticipate scheduling a change of plea conference within the next few weeks. Accordingly, we request that the final pretrial conference and filing deadlines be adjourned to September 30, 2022. The defendant consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:   Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

Application granted. Court conference will be held on Monday, October 3, 2022 at 10:00 AM, by video. The current trial date is hereby vacated.

SO ORDERED:
Date: 9/15/2022

Richard M. Berman, U.S.D.J.