**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                            21 CR. 598 (RMB)

   -against-

                                                                           **<u>ORDER</u>**

DANIEL CARINO
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the proceeding scheduled for Monday, October 3, 2022 at 10:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      USA Toll-Free Number: (646) 453-4442
      Conference ID: 405 241 952#

Dated: September 28, 2022
       New York, NY

                                                              _____
                                                                   RICHARD M. BERMAN
                                                                        U.S.D.J.