**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                       Government,             :       21 CR. 598 (RMB)
                                             :
      - against -                          :       **ORDER**
                                             :
DANIEL CARINO,                               :
                                             :
                       Defendant.              :
---------------------------------------------------------------x

The sentencing scheduled for Wednesday, February 15, 2023 at 10:00 A.M. will take place in Courtroom 17B.

Dated: February 8, 2023
       New York, NY

                                                  _____
                                                     RICHARD M. BERMAN
                                                         U.S.D.J.